452 A.2d 52

Sound Entertainment, Appellant v. Forman, et al.

Argued April 7, 1982. Edward Benoff, for appellant; James W. Sutton, Jr., for Forman, et al., appellees; John Wickham Berresford, for Bell of PA, appellee.

Before HESTER, CAVANAUGH and CIRILLO, JJ.

Decree affirmed.

452 A.2d 52

Williams & Burkholder v. Rocket Citrus Prod., Appellant.

Argued May 20, 1982. Henry E. Rea, Jr., for appellant; John Albert Miller, for appellee.

Before ROWLEY, MONTEMURO and VAN der VOORT, JJ.

Judgment affirmed.